IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NORMAN L. SCOTT, SR.<br><br>v.<br><br>THE CHILDREN'S HOSPITAL OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 21-5067 |
|---|---|
| NORMAN L. SCOTT, SR.<br><br>v.<br><br>THE CHILDREN'S HOSPITAL OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 22-4582 |

## ORDER

AND NOW, this 6th day of February, 2024, for the reasons stated in the foregoing Memorandum, the Court **DENIES** Scott's Motion to Vacate the dismissal Orders. The Clerk shall close these cases.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-5067 Scott v. CHOP\21cv5067 and 22cv4582 order denying scott's motion to vacate.docx